THE HONORABLE JOHN H. CHUN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

HELEN P. HOWELL, JILL K. STANTON, and
JENNIFER L. RAMIREZ ROBSON,

10

                                    Plaintiffs,

11

        v.

12

KING COUNTY HOUSING AUTHORITY, a
public agency; and STEPHEN J. NORMAN,
individually,

13
14

                                    Defendants.

15

NO. 2:22-cv-00645-JHC

STIPULATED MOTION AND ORDER
PERMITTING PLAINTIFFS' FIRST
AMENDED COMPLAINT, AND
STRIKING DEFENDANTS' PENDING
MOTION TO DISMISS

**Noting Date:  July 7, 2022**

16
17
18
19

        Plaintiffs HELEN P. HOWELL, JILL K. STANTON, and JENNIFER L. RAMIREZ

ROBSON, and defendants KING COUNTY HOUSING AUTHORITY and STEPHEN J.

NORMAN, collectively the "Parties," stipulate and agree as set forth below, and request the

Court enter the proposed ORDER.

20

        Plaintiffs filed this action on May 12, 2022.  ECF No. 1.  Defendants filed a Motion to

21

Dismiss Title VI and Section 1981 Claims ("Motion to Dismiss"), asserting failure to state a

22

claim.  ECF No. 9.  The Motion to Dismiss is noted for hearing on July 15, 2022.  ECF No. 10.

23

Prior to filing their Opposition to the Motion to Dismiss, plaintiffs filed their Motion for Leave

STIPULATED MOTION & ORDER PERMITTING
PLTFS' FIRST AMENDED COMPLAINT, AND STRIKING
DEFS' PENDING MOTION TO DISMISS - 1 of 5
(2:22-cv-00645-JHC)
{2340.02 - 00107553}

**VREELAND LAW PLLC**
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON  98004
(425) 623-1300 - FACSIMILE (425) 623-1310

1    to File First Amended Complaint for Damages, Injunctive and Further Relief, on July 5, 2022,

2    in part to address the issues raised by defendants' Motion to Dismiss and to add two new causes

3    of action.  ECF No. 11.

4         The Parties stipulate that (1) Plaintiffs should be allowed to file the First Amended

5    Complaint for Damages, Injunctive and Further Relief, (2) the defendants' responsive pleading

6    to the First Amended Complaint shall be due on Friday, July 29, 2022, and (3) Defendants'

7    Motion to Dismiss shall be stricken, without waiving defendants' right to respond to the First

8    Amended Complaint in accordance with the Federal Rules of Civil Procedure, including by

9    filing any and all appropriate motions.

10        IT IS SO STIPULATED:

11        DATED this 7th day of July, 2022.

12                                    VREELAND LAW PLLC

13                                    By: s/ Victoria L. Vreeland
                                      By: s/ Diego A. Rondón Ichikawa
14
                                      Victoria L. Vreeland, WSBA No. 08046
15                                    Diego A. Rondón Ichikawa, WSBA No. 46814
                                      VREELAND LAW
16                                    500 108th Avenue NE, Suite 740
                                      Bellevue, WA  98004
17                                    Tel:  (425) 623-1300
                                      Fax:  (425) 623-1310
18                                    Email:  vicky@vreeland-law.com
                                      Email:  diego@vreeland-law.com
19                                    *Attorneys for Plaintiffs*

20   / / /

21   / / /

22   / / /

23   / / /

STIPULATED MOTION & ORDER PERMITTING
PLTFS' FIRST AMENDED COMPLAINT, AND STRIKING
DEFS' PENDING MOTION TO DISMISS - 2 of 5
(2:22-cv-00645-JHC)
{2340.02 - 00107553}

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

FOSTER GARVEY PC

By: s/ Steven R. Peltin
By: s/ Matthew R. Kelly

Steven R. Peltin, WSBA No. 28862
Matthew R. Kelly, WSBA No. 48050
1111 Third Avenue, Suite 3000
Seattle, WA  98101
Tel: (206) 447-4400
Fax:  (206) 447-9700
Email:  steve.peltin@foster.com
Email:  matthew.kelly@foster.com
*Attorneys for Defendants*

1

## <u>ORDER</u>

2      Based on the foregoing Stipulation of the Parties,

3      IT IS HEREBY ORDERED as follows:

4      A.      Plaintiffs' Motion for Leave to File First Amended Complaint for Damages,

5              Injunctive and Further Relief is granted.

6      B.      The deadline for defendants' responsive pleading to the First Amended

7              Complaint is due on Friday, July 29, 2022.

8      C.      Defendants' Motion to Dismiss is stricken, without waiving any of defendants'

9              rights to respond to the First Amended Complaint in accordance with the Federal

10             Rules of Civil Procedure, including by filing any and all appropriate motions.

11

       DONE IN CHAMBERS/OPEN COURT this 8th day of July, 2022.

12

13

14

15     _____

16     John H. Chun
       United States District Judge

17

18

19

20

21

22

23

STIPULATED MOTION & ORDER PERMITTING
PLTFS' FIRST AMENDED COMPLAINT, AND STRIKING
DEFS' PENDING MOTION TO DISMISS - 4 of 5
(2:22-cv-00645-JHC)
{2340.02 - 00107553}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON  98004
(425) 623-1300 - FACSIMILE (425) 623-1310

1

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

2

I hereby certify that on July 7, 2022, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF system, which will send notification of such filing to the

4

following:

5

| | |
|---|---|
| Steven R. Peltin, WSBA No. 28862<br>Matthew R. Kelly, WSBA No. 48050<br>Foster Garvey PC<br>1111 Third Avenue, Suite 3000<br>Seattle, WA  98101<br>Tel: (206) 447-4400<br>Fax:  (206) 447-9700<br>steve.peltin@foster.com<br>matthew.kelly@foster.com<br>*Attorneys for Defendants* | **<u>Via Email</u>** |

6

7

8

9

10

11

DATED this 7th day of July, 2022.

12

13

By: *s/ Zan Ferguson*
    Zan Ferguson, Office Administrator

14

    VREELAND LAW PLLC
    500 108th Avenue NE, Suite 740

15

    Bellevue, WA  98004
    Tel:  (425) 623-1300

16

    Fax:  (425) 623-1310
    Email:  zan@vreeland-law.com

17

18

19

20

21

22

23

STIPULATED MOTION & ORDER PERMITTING
PLTFS' FIRST AMENDED COMPLAINT, AND STRIKING
DEFS' PENDING MOTION TO DISMISS - 5 of 5
(2:22-cv-00645-JHC)
{2340.02 - 00107553}