THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HELEN P. HOWELL; JILL K. STANTON; and JENNIFER L. RAMIREZ ROBSON,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY HOUSING AUTHORITY, a public agency; and STEPHEN J. NORMAN, individually,<br><br>Defendants. | NO. C22-00645-BJR<br><br>**STIPULATED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS KING COUNTY HOUSING AUTHORITY AND STEPHEN J. NORMAN AND ORDER** |

## **STIPULATION**

Pursuant to LCR 83.2(b), the parties to this action, by and through their undersigned counsel of record, hereby stipulate to the withdrawal of Steven R. Peltin and Matthew R. Kelly of Foster Garvey PC as counsel for Defendants King County Housing Authority and Stephen J. Norman. Effective upon entry of the proposed Order below, Steven R. Peltin and Matthew R. Kelly of Foster Garvey PC will be deemed to have withdrawn as counsel for Defendants King County Housing Authority and Stephen J. Norman.

Defendant King County Housing Authority will remain represented by Davis Wright Tremaine LLP. Upon entry of the proposed Order, all future pleadings and papers directed to Defendant King County Housing Authority shall be served on Melissa Mordy, Kate Tylee Herz, Victoria Slade, and Rachel Marshall of Davis Wright Tremaine LLC at the following addresses:

STIPULATED MOTION TO WITHDRAW AS COUNSEL
OF RECORD AND ORDER - 1
[Case No. C22-00645-BJR]

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100585867.2

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Melissa Mordy<br>Kate Tylee Herz<br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA 98004-4786<br>missymordy@dwt.com<br>katetyleeherz@dwt.com | Davis Wright Tremaine LLP<br>Victoria M. Slade<br>Rachel Marshall<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>vickyslade@dwt.com<br>rachelmarshall@dwt.com |

Defendant Stephen J. Norman will remain represented by Arete Law Group PLLC. Upon entry of the proposed Order, all future pleadings and papers directed to Defendant Stephen J. Norman shall be served on Denise Ashbaugh of Arete Law Group PLLC at the following address:

> Arete Law Group PLLC
> Denise L. Ashbaugh
> 1218 Third Avenue, Suite 2100
> Seattle, WA 98101
> Phone: (206) 428-3250
> Fax: (206) 428-3251
> dashbaugh@aretelaw.com

DATED this __14th__ day of September, 2022

> FOSTER GARVEY PC
>
> By: /s/ *Steven Peltin*
>    Steven R. Peltin, WSBA #28862
>    steve.peltin@foster.com
>
> By: /s/ *Matthew Kelly*
>    Matthew R. Kelly, WSBA #48050
>    matthew.kelly@foster.com
>
> 1111 Third Avenue, Suite 3000
> Seattle, WA 98101
> Tel: (206) 447-4400
> Fax: (206) 447-9700
>
> *Withdrawing Attorneys for Defendants King County Housing Authority and Stephen J. Norman*

STIPULATED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND ORDER - 2
[Case No. C22-00645-BJR]

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3296
Phone (206) 447-4400   Fax (206) 447-9700

FG: 100585867.2

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | ARETE LAW GROUP PLLC |
| By: */s/ Melissa Mordy*<br>    Melissa Mordy, WSBA #41879<br>    missymordy@dwt.com | By: */s/ Denise Ashbaugh*<br>    Denise Ashbaugh, WSBA #28512<br>    dashbaugh@aretelaw.com |
| By: */s/ Kate Tylee Herz*<br>    Kate Tylee Herz, WSBA #40640<br>    katetyleeherz@dwt.com | 1218 Third Avenue, Suite 2100<br>Seattle, WA  98101<br>Tel:  (206) 428-3250<br>Fax:  (206) 428-3251 |
| 929 108th Avenue NE, Suite 1500<br>Bellevue, WA 98004-4786<br>Tel: 425.646.6194<br>Fax: 425.646.6199 | *Attorney for Defendant Stephen J. Norman* |
| | VREELAND LAW PLLC |
| By: */s/ Victoria Slade*<br>    Victoria M. Slade, WSBA #44597<br>    vickyslade@dwt.com | By: */s/ Victoria Vreeland*<br>    Victoria L. Vreeland, WSBA #08046<br>    vicky@vreeland-law.com |
| By: */s/ Rachel Marshall*<br>    Rachel Marshall, WSBA #54169<br>    rachelmarshall@dwt.com | By: */s/ Diego Rondón Ichikawa*<br>    Diego A. Rondón Ichikawa, WSBA #46814<br>    diego@vreeland-law.com |
| 920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610 | 500 108th Avenue NE, Suite 740<br>Bellevue, WA  98004<br>Tel:  (425) 623-1300<br>Fax:  (425) 623-1310 |
| *Attorneys for Defendant King County Housing Authority* | *Attorneys for Plaintiffs* |

## **ORDER**

IT IS SO ORDERED.

DATED this 23rd day of September, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO WITHDRAW AS COUNSEL
OF RECORD AND ORDER - 3
[Case No. C22-00645-BJR]

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100585867.2

STIPULATED MOTION TO WITHDRAW AS COUNSEL
OF RECORD AND ORDER - 4
[Case No. C22-00645-BJR]

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 100585867.2