THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN P. HOWELL, JILL K. STANTON, and JENNIFER L. RAMIREZ ROBSON,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY HOUSING AUTHORITY, a public agency; and STEPHEN J. NORMAN, individually,<br><br>Defendants. | NO. 2:22-cv-00645-BJR<br><br>**STIPULATED MOTION AND ORDER FOR THREE-DAY EXTENSION FOR EXPERT DISCLOSURE DUE TO FAMILY MEDICAL EMERGENCY**<br><br>**March 6, 2023**<br>**Without Oral Argument** |

Pursuant to the Federal Rules of Civil Procedure ("FRCP") 16(b)(4), the parties stipulate and request that the Court extend the March 9, 2023 deadline for expert disclosures by three business days to March 13, 2023, only as to one of plaintiffs' experts, Tim Wise.

The deadline for disclosure of expert testimony under FRCP 26(a)(2) is March 9, 2023. ECF No. 16. One of plaintiffs' experts, Tim Wise, experienced a family medical emergency on Friday, March 3rd, seriously interfering with his ability to complete his report by the March 9, 2023 deadline. The parties have agreed to a short extension of three business days for plaintiffs to submit the expert disclosure for Mr. Wise, and seek the Court's approval.

STIPULATED MOTION AND ORDER TO
MODIFY CASE SCHEDLUE - 1 of 4
(2:22-cv-00645-BJR)
{2340.02 - 00112919}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON 98004
(425) 623-1300 - FACSIMILE (425) 623-1310

1     DATED this 6th day of March 2023.

2                                VREELAND LAW PLLC

3                                By: s/ Victoria L. Vreeland
                                 By: s/ Diego A. Rondón Ichikawa

4

5                                Victoria L. Vreeland, WSBA No. 08046
                               Diego A. Rondón Ichikawa, WSBA No. 46814

6                                VREELAND LAW
                               500 108th Avenue NE, Suite 740

7                                Bellevue, WA  98004
                               Tel:  (425) 623-1300
                               Fax:  (425) 623-1310

8                                Email:  vicky@vreeland-law.com
                               Email:  diego@vreeland-law.com

9                                *Attorneys for Plaintiffs*

10

11                                DAVIS WRIGHT TREMAINE LLP

12                                By: s/  Kate Tylee Herz
                               By: s/  Melissa Mordy
                               By: s/  Rachel Marshall

13

14                                Kate Tylee Herz, WSBA No. 40640
                               Melissa Mordy, WSBA No. 41879

15                                Rachel Marshall, WSBA No. 54169
                               DAVIS WRIGHT TREMAINE LLP

16                                929 108th Avenue NE, Suite 1500
                               Bellevue, WA  98004-4786

17                                Ph: (425) 646-6100
                               Fax: (425) 646-6199

18                                katetyleeherz@dwt.com
                               missymordy@dwt.com
                               rachelmarshall@dwt.com

19                                *Attorneys for Defendant KCHA*

20

21                                DAVIS WRIGHT TREMAINE LLP

22                                By: s/  Victoria M. Slade

23                                Victoria M. Slade, WSBA No. 44597

STIPULATED MOTION AND ORDER TO
MODIFY CASE SCHEDLUE - 2 of 4
(2:22-cv-00645-BJR)
{2340.02 - 00112919}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON  98004
(425) 623-1300 - FACSIMILE (425) 623-1310

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Ph: (206) 757-8057
Fax: (206) 757-7057
vickyslade@dwt.com
*Attorney for Defendant KCHA*


ARETE LAW GROUP PLLC

By: s/   Demise L. Ashbaugh

Denise L. Ashbaugh, WSBA No. 28512
ARETE LAW GROUP PLLC
1218 Third Avenue, Suite 2100
Seattle, WA  98101
Ph: (206) 428-3250
Fax: (206) 428-3251
dashbaugh@aretelaw.com
*Attorney for Defendant Norman*

STIPULATED MOTION AND ORDER TO
 MODIFY CASE SCHEDLUE - 3 of 4
(2:22-cv-00645-BJR)
{2340.02 - 00112919}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON  98004
(425) 623-1300 - FACSIMILE (425) 623-1310

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, that the expert disclosure deadline with respect to plaintiffs' expert Tim Wise is extended to March 13, 2023.

DATED this 13th day of March, 2023.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
MODIFY CASE SCHEDLUE - 4 of 4
(2:22-cv-00645-BJR)
{2340.02 - 00112919}

VREELAND LAW PLLC
CITY CENTER BELLEVUE
500 108TH AVENUE NE, SUITE 740
BELLEVUE, WASHINGTON  98004
(425) 623-1300 - FACSIMILE (425) 623-1310