The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN P. HOWELL, JILL K. STANTON, and JENNIFER L. RAMIREZ ROBSON<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY HOUSING AUTHORITY, a public agency; and STEPHEN J. NORMAN, individually,<br><br>Defendants. | No. 2:22-cv-00645<br><br>**STIPULATED CASE SCHEDULE** |

Pursuant to the Court's May 17, 2023 Oral Ruling and the May 18, 2023 Minute Order, the parties met and conferred and propose the agreed upon case schedule as set forth below:

| Description | Proposed Deadlines |
|---|---|
| **JURY TRIAL DATE** | **March 19, 2024** |
| All Motions Related to Discovery Must be Filed By (LCR 7(d)) | October 23, 2023 |
| Fact Discovery Completed By | November 6, 2023 |
| Expert Supplemental Reports (If Any) Due By | November 13, 2023 |
| Expert Discovery Completed By | December 4, 2023 |

STIPULATED CASE SCHEDULE
No. 2:22-cv-00645 – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| All Dispositive Motions and Motions Challenging Expert Witness Testimony Must Be Filed By (LCR 7(d)) | December 18, 2023 |
|---|---|
| Settlement Conference Held No Later Than | January 22, 2024 |
| All Motions in Limine Must be Filed By (All motions in limine shall be filed as one motion) | February 5, 2024 |
| Joint Pre-Trial Statement (as Outlined by Court's Standing Order) | February 20, 2024 |
| Deposition Designations Must be Submitted to the Court (not filed on CM/ECF) by: (LCR 32(e)) | February 28, 2024 |
| Pretrial Conference | March 4, 2024 |
| Trial Briefs (if ordered by the Court) | March 12, 2024 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:  May 26, 2023          */s/ Victoria L. Vreeland*
                              Victoria L. Vreeland, WSBA #8046
                              Counsel for Plaintiffs

DATED:  May 26, 2023          */s/ Melissa Mordy*
                              Melissa Mordy, WSBA #41879
                              Counsel for Defendant King County Housing Authority

DATED:  May 26, 2023          */s/ Denise L. Ashbaugh*
                              Denise L. Ashbaugh, #28512
                              Counsel for Defendant Stephen Norman

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 26, 2023

                              The Honorable Barbara J. Rothstein
                              United States District Court Judge

STIPULATED CASE SCHEDULE
No. 2:22-cv-00645 – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250