The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELEN P. HOWELL, JILL K. STANTON, and JENNIFER L. RAMIREZ ROBSON,<br><br>    Plaintiffs,<br><br> v.<br><br>KING COUNTY HOUSING AUTHORITY, a public agency; and STEPHEN J. NORMAN, individually,<br><br>    Defendants. | No. 2:22-cv-00645-BJR<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Submitted:  November 15, 2023<br>Without Oral Argument |

  IT IS HEREBY STIPULATED by and between Plaintiffs Helen P. Howell, Jill K. Stanton, and Jennifer Ramirez Robson, Defendant King County Housing Authority, and Defendant Stephen J. Norman (all collectively "the Parties"), by and through their respective attorneys, that the above-entitled action be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Parties.  Pursuant to the Court's Minute Order, the Parties submit this Motion and request it be granted and the case dismissed.

///

///

///

///

///

STIPULATED MOTION AND ORDER
FOR DISMISSAL WITH PREJUDICE- 1
(Case No. 2:22-cv-00645-BJR)
4874-5571-2912v.2 0121015-000002

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

SO STIPULATED this 15th day of November, 2023.

| | |
|---|---|
| VREELAND LAW PLLC<br>*Attorneys for Plaintiffs Helen P. Howell, Jill K. Stanton, and Jennifer L. Ramirez Robson*<br>***Electronic signature added per email authority provided on 11/15/2023:***<br>By   /s/ Victoria L. Vreeland<br><br>   Victoria L. Vreeland, WSBA #08046<br>   Diego A. Rondon Ichikawa, WSBA #46814<br>   500 108th Avenue NE, Suite 740<br>   Bellevue, WA  98004<br>   Telephone:  425.623.1300<br>   Email:  vicky@vreeland-law.com<br>   Email:  diego@vreeland-law.com | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendant KCHA*<br><br><br>By   /s/ Rachel Marshall<br><br>   Victoria M. Slade, WSBA #44579<br>   920 Fifth Avenue, Suite 3300<br>   Seattle, WA  98104-1610<br>   Telephone:  206.622.3150<br>   Email:  vickyslade@dwt.com<br><br>   Melissa Mordy, WSBA #41879<br>   Rachel Marshall, WSBA #54169<br>   929 108th Avenue NE, Suite 1500<br>   Bellevue, WA  98004-4786<br>   Telephone:  425.646.6100<br>   Email:  missymordy@dwt.com<br>   Email:  rachelmarshall@dwt.com<br><br>ARETE LAW GROUP PLLC<br>*Attorneys for Defendant Stephen J. Norman*<br><br>***Electronic signature added per email authority provided on 11/15/2023:***<br>By   /s/ Denise L. Ashbaugh<br><br>   Denise L. Ashbaugh, WSBA #28512<br>   Jonah O. Harrison, WSBA #34576<br>   1218 Third Avenue, Suite 2100<br>   Seattle, WA  98101<br>   Telephone:  206.428.3250<br>   Email:  dashbaugh@aretelaw.com<br>   Email:  jharrison@aretelaw.com |

Based on the foregoing Stipulation and Motion of All Parties,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case be and is dismissed with prejudice and without costs to any party.

DATED this 16th day of November, 2023.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER
FOR DISMISSAL WITH PREJUDICE- 2
(Case No. 2:22-cv-00645-BJR)
4874-5571-2912v.2 0121015-000002

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax

**PRESENTED BY:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant KCHA*

By     /s/ Rachel Marshall

   Victoria M. Slade, WSBA #44579
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone:  206.622.3150
   Email:  vickyslade@dwt.com

   Melissa Mordy, WSBA #41879
   Rachel Marshall, WSBA #54169
   929 108th Avenue NE, Suite 1500
   Bellevue, WA  98004-4786
   Telephone:  425.646.6100
   Email:  missymordy@dwt.com
   Email:  rachelmarshall@dwt.com

**STIPULATED / AGREED AS TO FORM:**

VREELAND LAW PLLC
*Attorneys for Plaintiffs Helen P. Howell, Jill K. Stanton, and Jennifer L. Ramirez Robson*

*Electronic signature added per email authority provided on 11/15/2023:*
By     /s/ Victoria L. Vreeland

   Victoria L. Vreeland, WSBA #08046
   Diego A. Rondon Ichikawa, WSBA #46814
   500 108th Avenue NE, Suite 740
   Bellevue, WA  98004
   Telephone:  425.623.1300
   Email:  vicky@vreeland-law.com
   Email:  diego@vreeland-law.com

ARETE LAW GROUP PLLC
*Attorneys for Defendant Stephen J. Norman*

*Electronic signature added per email authority provided on 11/15/2023:*
By     /s/ Denise L. Ashbaugh

   Denise L. Ashbaugh, WSBA #28512
   Jonah O. Harrison, WSBA #34576
   1218 Third Avenue, Suite 2100
   Seattle, WA  98101
   Telephone:  206.428.3250
   Email:  dashbaugh@aretelaw.com
   Email:  jharrison@aretelaw.com

STIPULATED MOTION AND ORDER
FOR DISMISSAL WITH PREJUDICE- 3
(Case No. 2:22-cv-00645-BJR)
4874-5571-2912v.2 0121015-000002

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004-4786
425.646.6100 main · 425.646.6199 fax